# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand and fifteen.

Before:     Christopher F. Droney,
                  *Circuit Judge.*

_____

National Football League Management Council,

    *Plaintiff-Counter-Defendant - Appellant*,

National Football League,

    *Defendant - Appellant*,

v.

National Football League Players Association, on its own behalf and on behalf of Tom Brady,

    *Defendant-Counter-Claimant - Appellee*,

Tom Brady,

    *Counter-Claimant - Appellee*.

_____

**ORDER**
Docket Nos. 15-2801(L)
              15-2805(Con)

Appellants move, with the consent of Appellees, for entry of an expedited briefing and argument schedule for this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' opening brief and the joint appendix are due October 26, 2015; Appellees' answering brief is due December 7, 2015; and Appellants' reply brief is due December 21, 2015. The appeal shall be heard as early as the week of February 1, 2016, subject to the approval of the presiding judge.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

