# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand and fifteen.

Before:     Gerard E. Lynch,
                  *Circuit Judge.*

_____

National Football League Management Council,

    Plaintiff-Counter-Defendant - Appellant,

National Football League,

    Defendant - Appellant,

v.

National Football League Players Association, on its own behalf and on behalf of Tom Brady,

    Defendant-Counter-Claimant - Appellee,

Tom Brady,

    Counter-Claimant - Appellee,

Michelle McGuirk,

    Appellant.

_____

**ORDER**
Docket Nos. 15-2801(L)
                15-2805(Con)
                15-3228(XAP)

    Appellant Michelle McGuirk, *pro se*, has filed a motion for expedited proceedings and requests that the Court set the following briefing schedule with respect to her appeal: Appellant's principal brief is due November 18, 2015; Appellees' answering brief is due December 23, 2015; and Appellant's reply brief is due January 6, 2016.

    IT IS HEREBY ORDERED that the motion is GRANTED. This expedited schedule does not affect the scheduling order issued on September 29, 2015 for the appeal filed by the National Football League and National Football League Management Council.

                                        For the Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

