# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand and fifteen.

_____

National Football League Management Council,

    Plaintiff-Counter-Defendant - Appellant,

National Football League,

    Defendant - Appellant,

v.

National Football League Players Association, on its own behalf and on behalf of Tom Brady,

    Defendant-Counter-Claimant - Appellee,

Tom Brady,

    Counter-Claimant - Appellee,

Michelle McGuirk,

    Appellant.

**ORDER**
Docket Nos. 15-2801(L)
           15-2805(Con)
           15-3228(XAP)

_____

Appellant Michelle McGuirk, *pro se*, has filed a motion to strike the parties' joint submission in opposition to her motion for expedited proceedings.

IT IS HEREBY ORDERED that the motion to strike is DENIED as moot in light of the order dated November 9, 2015.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

