## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: National Football League Mgmt. Council v. National Football League Players Ass'n   Docket No.: 15-2801 (Lead)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Andrew S. Tulumello

Firm: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Avenue, N.W., Washington, DC 20036

Telephone: (202) 955-8657    Fax: (202) 530-9678

E-mail: ATulumello@gibsondunn.com

Appearance for: NFLPA, on behalf of itself and Tom Brady
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey L. Kessler, David L. Greenspan, Steffen N. Johnson (Winston & Strawn LLP))
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 1, 2014   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Andrew S. Tulumello

Type or Print Name: Andrew S. Tulumello