

1700 K Street, NW
Washington, DC 20006
T +1 202 282 5000
F +1 202 282 5100

Steffen N. Johnson
Partner
(202) 282-5879
sjohnson@winston.com

February 25, 2016

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *National Football League Management Council et al. v. National Football League Players Ass'n and Tom Brady*, Nos. 15-2801, 15-2805, 15-3228

Dear Ms. O'Hagan Wolfe:

    Pursuant to my conversation with Courtroom Deputy Victor Conde on Tuesday, February 23, 2016, below is a list of those who, on behalf of the National Football League Players Association and Tom Brady, will attend argument in the above-listed cases on March 3, 2016:

**Counsel Table:**

Jeffrey L. Kessler
David L. Greenspan
Steffen N. Johnson
Andrew S. Tulumello

**Other Tables:**

DeMaurice F. Smith
Thomas DePaso
Stephen Dubin
Jonathan Amoona
Angela Smedley
Joseph Litman
Mikaela Evans-Aziz
Benjamin Sokoly
Chad Mizelle

    As always, please let us know if we can be of further assistance.

                                  Sincerely,

                                  /s/Steffen N. Johnson
                                  *Counsel for Appellees*