

February 29, 2016

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *National Football League Management Council, et al. v. National Football League Players Ass'n, et al.*, **Nos. 15-2801, 15-2805, 15-3228**

Dear Ms. O'Hagan Wolfe:

Below is a list of those who will attend oral argument on behalf of Appellants National Football League Management Council and National Football League in the above-captioned cases on March 3, 2016:

**Counsel Table:**

Paul D. Clement
Erin E. Murphy
Michael H. McGinley
Daniel L. Nash

**Other Tables:**

Adolpho A. Birch III
Dennis L. Curran
Kevin K. Manara
Brian W. McCarthy
Stacey R. Eisenstein
James E. Tysse
Gregg H. Levy
Douglas M. Burns

Sincerely,

Paul D. Clement
*Counsel for Appellants National Football League Management Council and National Football League*