# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand and sixteen.

Before:     Denny Chin,
                *Circuit Judge.*
_____

National Football League Management Council,

        Plaintiff-Counter-Defendant - Appellant,

National Football League,

        Defendant - Appellant,

v.

National Football League Players Association, on its own behalf and on behalf of Tom Brady,

        Defendant-Counter-Claimant - Appellee,

Tom Brady,

        Counter-Claimant - Appellee.
_____

**ORDER**

Docket Nos. 15-2801(L), 15-2805(Con)

      Appellees National Football League Players Association and Tom Brady move for a 14-day extension of time within which to file a petition for rehearing or rehearing *en banc*. Appellants oppose the motion.

      IT IS HEREBY ORDERED that the motion is GRANTED. The petition must be filed on or before May 23, 2016.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

