# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand sixteen.

_____

National Football League Management Council,

    Plaintiff-Counter-Defendant - Appellant,

National Football League,

    Defendant - Appellant,

v.

National Football League Players Association, on its own behalf and on behalf of Tom Brady,

    Defendant-Counter-Claimant - Appellee,

Tom Brady,

    Counter-Claimant - Appellee.

_____

**ORDER**

Docket Nos: 15-2801 (L)
              15-2805 (Con)

Appellees, National Football League Players Association and Tom Brady, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

